**S. C. Nudelman, Plaintiff-Appellee, v. Riverview Home Builders, Inc., Defendant-Appellant.**

**Gen. No. 11,605.   (Abstract of Decision.)**

Second District, First Division.

July 19, 1962.

John Demling, of Chicago, for appellant; Eckert, Caldwell & Gleason, of Woodstock, for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.